# NO. 12-16-00086-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JAMES N. VICKERY,*<br>*APPELLANT* | § | *APPEAL FROM THE 266TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THOMAS H. BLACKWELL,*<br>*APPELLEE* | § | *ERATH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. He states in his motion that the parties have reached a settlement and the appeal should be dismissed. Accordingly, we ***grant*** Appellant's motion to dismiss and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered July 29, 2016.
Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 29, 2016**

**NO. 12-16-00086-CV**

**JAMES N. VICKERY,**
Appellant
V.
**THOMAS H. BLACKWELL,**
Appellee

Appeal from the 266th District Court

of Erath County, Texas (Tr.Ct.No. CV33354)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*